IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAM E. CARSON,

Plaintiff,

v.

WATCO TRANSLOADING, LLC,

Defendant.

Case No. 18-cv-1190 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 17, 2019**  **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**